UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cr-00185-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| TRAVIS TIMMONS, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion to Continue SRV Hearing. Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Continue SRV Hearing (#12) is **GRANTED,** and the Clerk of Court is instructed to place this matter on the next appropriate sentencing calendar.

Signed: February 22, 2019

Max O. Cogburn Jr.
United States District Judge